UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HISCOX INSURANCE COMPANY INC., | |
| Plaintiff, | |
| -against- | 25-CV-5702 (JGLC) |
| BRYCE CONTRACTING INC., et al., | **ORDER** |
| Defendants. | |

JESSICA G. L. CLARKE, United States District Judge:

On July 10, 2025, Plaintiff Hiscox Insurance Company Inc. ("Hiscox") initiated this suit against Defendant Bryce Contracting Inc. ("Bryce") and "Nominal Defendants" Einsten Cabrera Parejas ("Parejas"), Axxys Construction Group, Inc. ("Axxys"), Williams-Sonoma Stores, Inc. d/b/a Pottery Barn ("Pottery Barn"), and Westchester Village Square LLC ("Westchester"). ECF No. 1.

On September 24, 2025, counsel filed Notices of Appearance for Axxys and Pottery Barn. ECF Nos. 42-43. On January 15, 2026, Hiscox filed a motion for default judgment against Bryce, Parejas, and Westchester Village. ECF No. 52; ECF No. 55 at 1.

On January 22, 2026, counsel for Bryce filed a Notice of Appearance. ECF No. 56. On January 23, 2026, Bryce filed a letter, with the consent of Hiscox, Axxys, and Pottery Barn, requesting extensions for filing a response to the complaint and for discovery deadlines. ECF No. 57. The Court granted the request for extensions. ECF No. 58. Accordingly, the Court denies Plaintiff's motion for default judgment as to Bryce.

The Court also denies Plaintiff's motion for default judgment as premature with respect to Defendants Parejas and Westchester Village. In this action, Hiscox seeks both a judgment

rescinding insurance policies it issued to Bryce and a declaration that Hiscox is not required to defend or indemnify Bryce, Pottery Barn, Axxys, or Westchester Village in an underlying lawsuit filed by Parejas. ECF No. 1 ¶¶ 2, 11, 13, 57. Therefore, even though Parejas and Westchester Village have not yet appeared, entry of default judgment against them at this stage could result in inconsistent judgments. However, Plaintiff may renew its request for default judgment, if appropriate, following resolution of its claim against Bryce.

Therefore, the Court DENIES without prejudice Plaintiff's Motion for Default Judgment. The Clerk of Court is directed to terminate ECF No. 52.

Dated: February 18, 2026
White Plains, New York

SO ORDERED.

JESSICA G. L. CLARKE
United States District Judge