USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/3/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

Hiscox Insurance Company Inc.,

Plaintiff,

-against-

Bryce Contracting Inc., et al.,

Defendants.

---------------------------------------------------------------X

25-cv-05702-JGLC-VR

**ORDER**

**VICTORIA REZNIK, United States Magistrate Judge:**

On July 16, 2026, the Court directed the parties to submit a joint status letter by no later than July 31, 2026, confirming that Defendant completed the production and the discovery dispute is resolved. (ECF 07/16/2026). While the Court has received Defendant's letter (ECF No. 75), it has not yet received any joint status letter. The parties are reminded to submit a joint status letter, which is now due **August 7, 2026**.

**SO ORDERED.**

DATED: White Plains, New York
August 3, 2026

VICTORIA REZNIK
United States Magistrate Judge