**MEMO ENDORSED**

Kennedys

September 16, 2026

22 Vanderbilt Avenue
Suite 2400
New York, New York 10017
USA

**t** +1 212.252.0004
**f** +1 212.832.4920

**kennedyslaw.com**

**t** +1 646.422.9850

Laura.dowgin@kennedyslaw.com

**<u>Via ECF</u>**

The Honorable Jessica G. L. Clarke, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 1040
New York, NY 10007

Re: *Hiscox Insurance Company Inc. v. Bryce Contracting Inc. et al*,
Civil Action No. 7:25-CV-05702

**Motion to File Documents Under Seal Pursuant to Your Honor's Individual Rule 5(e)**

Dear Judge Clark:

Plaintiff Hiscox Insurance Company, Inc. ("Hiscox") respectfully submits this letter-motion pursuant to Section 5(e) of the Court's Individual Rules for leave to file under seal Exhibit 6 to the Declaration of Laura Dowgin in support of Hiscox's motion for summary judgment, which will be filed according to the Court's briefing schedule.

This exhibit consists of contracts for repair and installation work that Bryce entered into with third parties. Prior to Bryce's production of these documents, Bryce represented that these agreements are subject to confidentiality obligations and the parties in this action accordingly entered into their own confidentiality agreement. Hiscox intends to rely on these contracts in support of its motion for summary judgment.

Pursuant to Section 5(e)(i), Hiscox has conferred with Bryce regarding the scope of the requested sealing and whether the request can be narrowed. Bryce maintains that the agreements are subject to confidentiality obligations in their entirety. Based on the nature of the agreements and the asserted confidentiality restrictions, it is Hiscox's understanding that Bryce does not believe that any portion of the agreements can be filed publicly or that meaningful redactions can be made while preserving their substance.

The requested sealing is narrowly tailored because it is limited to the agreements themselves, which Bryce has represented are confidential in their entirety. The agreements contain non-public

Kennedys is a trading name of Kennedys CMK LLP, a limited liability partnership, in New Jersey, United States (with registered number 0450171416)

Kennedys Law LLP, a UK Limited Liability Partnership, is a partner of Kennedys CMK LLP

*Kennedys offices, associations and cooperations:* Argentina, Australia, Belgium, Bermuda, Bolivia, Brazil, Canada, Chile, China, Colombia, Denmark, Dominican Republic, Ecuador, England and Wales, France, Guatemala, Hong Kong, India, Ireland, Israel, Italy, Mexico, New Zealand, Northern Ireland, Norway, Oman, Pakistan, Panama, Peru, Poland, Puerto Rico, Scotland, Singapore, Spain, Sweden, Turkey, United Arab Emirates, United States of America.

Kennedys

commercial information concerning the repair work at issue, the contractual arrangements between Bryce and its contracting partners, and the terms governing those arrangements. Public disclosure of the agreements would therefore disclose information that the contracting parties agreed to maintain as confidential. Because the confidentiality designation purportedly applies to the agreements as a whole, redaction of isolated provisions would not adequately address the asserted confidentiality concerns and could render the agreements incomplete or misleading.

Accordingly, Hiscox respectfully requests that the Court permit Exhibit 6 to be filed under seal. The exhibit is being filed separately and contemporaneously under seal pursuant to Section 5(e)(iii) of the Court's Individual Rules and Hiscox has informed Bryce that it has three business days to file its own letter regarding the need for the documents to be sealed.

Yours sincerely,

/s/ Laura B. Dowgin
**Laura B. Dowgin**
Partner

cc: ***All Counsel of Record via ECF***

The Court temporarily grants Plaintiff's motion to seal. The Court will assess whether to keep the materials at issue sealed or redacted when deciding the underlying motion.

SO ORDERED.

Jessica Clarke

JESSICA G. L. CLARKE
United State District Judge

Dated: September 18, 2026
White Plains, New York